FILED
CLERK, U.S. DISTRICT COURT

January 5, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HIRT and LINDA LAITIN HIRT, individually and as co-trustees for the Michael and Linda Hirt Family Trust<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY<br><br>Defendants. | Case No. 2:21-cv-05711<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Stanley Blumenfeld, Jr.<br><br>Action Filed July 14, 2021 |

.

WHEREAS Plaintiffs Michael Hirt and Linda Laitin Hirt and Defendant USAA Casualty Insurance Company entered into a Stipulation to Toll the Statute of Limitations and Dismiss the Pending Action without Prejudice.  Dkt. No. 15.

Having read and considered the foregoing stipulation, IT IS HEREBY ORDERED that:  this action is dismissed in its entirety without prejudice, each party to bear his, her, or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  January 5, 2022



Stanley Blumenfeld, Jr.
United States District Judge